# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| **Tara L. Sheets,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-00292-CV-W-JTM |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Attorney's Fees Under The Equal Access to Justice Act,* filed June 25, 2015 [Doc. 22]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Attorney's Fees Under The Equal Access to Justice Act,* filed June 25, 2015 [Doc. 22] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $5,750.00 to be paid by the Social Security Administration, and costs of $400 to be paid from the Judgment Fund.

    */s/ John T. Maughmer*
    **John T. Maughmer**
    **United States Magistrate Judge**